■ In the Matter of RAYMOND J. RODERICK, Appellant, v SARAH RODERICK, Respondent. [698 NYS2d 873] —In a proceeding to modify child support obligations, the petitioner appeals from an order of the Family Court, Dutchess County (Brands, J.), entered July 30, 1998, which dismissed the petition.

Ordered that the order is affirmed, with costs.

Under the particular circumstances of this case, the petition was properly dismissed. Altman, J. P., H. Miller, Schmidt and Smith, JJ., concur.